# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1921 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 136 DB 2013 |
| v. | : | |
| | : | Attorney Registration No. 95048 |
| MICHAEL JAMES DONOHUE, | : | |
| Respondent | : | (Delaware County) |

## O R D E R

**PER CURIAM:**

    **AND NOW**, this 17th day of September, 2014, on certification by the Disciplinary Board that the respondent, Michael James Donohue, who was suspended by Order of the Court dated March 31, 2014, for a period of one year, with eight months stayed and four months served, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, Michael James Donohue is hereby reinstated to active status, effective immediately.